

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-19-00274-CV

**IN THE INTEREST OF D.L. III, D.L., D.A.R. AND D.G.,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00708
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due July 8, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

KEITH E. HOTTLE,
Clerk of Court